# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**NATIONWIDE MUTUAL INSURANCE**
**COMPANY**                                                           **PLAINTIFF**

**VS.**                               **CIVIL ACTION NO. 3:09-CV-748 DPJ-JCS**

**COURTNEY BROWN, DONALD GATOR,**
**ERIC WALL, AND M&S RESTAURANT GROUP, LLC,**
**D/B/A MUGSHOTS GRILL AND BAR**                         **DEFENDANT**

## ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). Defendant Donald Gator is now represented by a law firm with which this Court has a familial conflict. Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 30th day of December, 2009.

                                              s/ *Daniel P. Jordan III*
                                              UNITED STATES DISTRICT JUDGE